## THE ASUARCA.

(Circuit Court of Appeals, Second Circuit. April 16, 1923.)

No. 274.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty by Jean B. M. Duche, Alfred Duche and Edgar Duche, trading as partners as T. M. Duche & Sons, against the Steamship Asuarca, Jose Taya's Sons Company, claimant. Decree for libelants (291 Fed. 73), and claimant appeals. Affirmed.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, John M. Woolsey, and Harry D. Thirkield, all of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (T. Catesby Jones and William H. Woolley, both of New York City, of counsel), for appellees.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.